## NEWPORT STREET R. CO. *v.* CITY OF NEWPORT.

[Abstract Kentucky Law Reporter, Vol. 1—124.]

**Power of City Over Its Streets.**
> The city does not surrender its control over or its right to improve or repair a street by permitting a street railway to use such street with its tracks, and the city may require the street railway company to contribute toward improving such street.

### APPEAL FROM CAMPBELL CIRCUIT COURT.

June 15, 1880.

OPINION BY JUDGE PRYOR:

The question in this case was decided on the former appeal, and we see no reason (if we had the power) for reversing the judgment rendered. The city does not yield its control over or the right to repair and improve a street, by reason of a street railway running over it, and where the city assumes the burden of improving it is just and equitable that the company shall be required to contribute.

This is no longer an open question in this case, and it is needless to discuss it. The instructions were proper, and certainly as favorable to the appellant as the facts authorized.

Judgment *affirmed.*

*F. M. Webster, for appellant.     A. T. Root, for appellee.*